MHN

RECEIVED
6-30-2009
JUN 30 2009

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT**
**EASTERN DIVISION**

**FRENCHIE UPTON,** )
)
**Plaintiff,** )
)
**v.** )
)
**DEPAUL UNIVERSITY,** )
)
**Defendant.** )

**09CV3954**
**JUDGE DARRAH**
**MAGISTRATE JUDGE NOLAN**

**Jury Demand Requested**

**COMPLAINT**

This is a civil action brought by Plaintiff, Frenchie Upton, against DePaul University (Defendant), for violations of Title VII of the Civil Rights Act of 1964, as amended 42 U.S.C. 2000e et seq. and 42 U.S.C. 1981 and 1983. Plaintiff claims that Defendant:

a. Knowingly subjected plaintiff to a hostile work environment by ignoring constant supervisor change request, formal complaints of race discrimination, preferrential treatment and harrassment by supervisors.

b. Wrongfully reprimanded and terminated plaintiff without due process.

c. Suspended plaintiff without following proper department procedures.

d. Terminated plaintiff in retaliation for constant formal complaints to DePaul University's Human Resources department.

**PRELIMINARY STATEMENT**

1. This action is seeking to redress for violation of rights guaranteed to Plaintiff by U.S.C. 1981 and 1983.

**JURISDICTIONAL STATEMENT**

2. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. secs.1343(a)(3) and 4 and 28 U.S.C. Sec. 1331 to secure protection and redress deprivation of rights secured by 42 U.S.C. 1981 and 1983 and Title VII. Plaintiff seeks relief pursuant to 28 U.S.C. secs. 2201 and 2202.

**VENUE**

3. Venue is proper under 28 U.S.C. sec 1391(b)(1) and 2

**PARTIES**

4. Plaintiff, Frenchie Upton is an African American citizen and a resident of the State of Illinois.

5. Defendant, Depaul University is a private employer in the State of Illinois. Defendant is an employer within the meaning of Title VII, 42 U.S.C.S. 2000e.

## FACTS COMMON TO ALL COUNTS

6. Plaintiff began his employment with DePaul University on November 25, 2002. Plaintiff is currently unemployed.

7. Plaintiff, throughout his employment, starting in January 2003 until terminated in April 2006, has been the subject of constant harassment, disrespect, race discrimination and preferential treatment towards other similarly situated employees.

8. On or about September 12, 2005, plaintiff engaged in a legally protected activity complaining of racial discrimination, harassment and retaliation in the respondent's workplace to their Human Resources Department.

9. On March 28, 2006, Plaintiff was harassed and retaliated against by receiving a letter of counseling alleging being disrespectful via radio transmissions.

10. On or about April 3, 2006, Plaintiff was harassed and eventually suspended from duty by respondent but failed to show documentation of the allegation. Plaintiff was not awarded due process.

11. On or about April 7, 2006, Plaintiff was harassed and retaliated against and eventually discharged via telephone with no specific reason for termination.

## PRAYER FOR RELIEF

Wherefore, Plaintiff, Frenchie Upton , prays for judgement against Defendant and respectfully requests that this court:

A. Order the defendant to make whole Frenchie Upton, by providing affirmative relief necessary to eradicate the effects of Defendant's unlawful practices

B. Order the defendant to pay lost , forgone and future wages to Frenchie Upton

C. Grant Plaintiff the compensatory and punitive and other damages that the court may deem appropriate.

JURY TRIAL DEMAND

12. Plaintiff requests a jury trial on all issues of fact and law raised by the allegation in this complaint.

Respectfull submitted,
Frenchie Upton, Plaintiff
[signature]
30 JUN 09